## SUPREME COURT.

### LANSINGH agt. PARKER AND ANOTHER.

*Pleas* which were not inconsistent under the former practice, will not be held inconsistent as *answers* under the Code.

*Tompkins Special Term, May,* 1854.   Motion to strike out answers as being inconsistent with each other, or that defendants elect which they will retain.

The complaint was for an assault and battery.   The answers were, 1st.  A general denial.   2d.  That plaintiff committed the first assault, &c.   3d.  That he was in defendants' inn, making a great noise, &c., and defendants requested him to leave and he refusing, they gently laid their hands on him to remove him, &c.

> A. COATES, *for Motion.*
> MINER & SLOAN, *Opposed.*

SHANKLAND, Justice.   After consulting with all his associates of the sixth district, denied the motion—*holding*, that pleas, which were not inconsistent under the former practice of the courts, will not be held inconsistent as answers, under the Code.   All the justices in that district concurred in this decision.